Rose Law Group
Joseph F. Rosales, Esq. (Bar # 163597)
Email: jrosales@roselegal.us
2340 Dayton Street
Aurora, CO 80010
Phone: (720)717-5106

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**OLUDOTUN EMMANUEL OYEWOLE,**
*Petitioner,*

**v.**

**Juan BALTAZAR,**
in his official capacity as Warden of Denver Contract Detention Facility Aurora;

**Todd BLANCHE,**
in his official capacity as Acting Attorney General, U.S. Department of Justice;

**David J. Venturella, Senior Official,**
U.S. Immigration and Customs Enforcement,

**Markwayne MULLIN,**
in his official capacity as Secretary, U.S. Department of Homeland Security;

**George VALDEZ,**
in his official capacity as Director, Denver Field Office, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security; and

***Respondents*.**

**Civil Action No. 1:26-cv-5161**

**Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241**

**<u>EXHIBIT LIST</u>**

| **Exhibit No.** | **Description** |
|---|---|
| • Exhibit 1 | • Copy of Petitioner's Custody Status |
| • Exhibit 2 | • Copy of Petitioner's EOIR Case Status |

DATED this 13th day of October 2026.

Respectfully submitted,

**/s/ Joseph F. Rosales**
Joseph F. Rosales
Rose Law Group
Attorney for Petitioner
Phone: (720) 717-5106
jrosales@roselegal.us

**Exhibit**

**1**

of the date, time, and location of the interview. The representative must be at least 18 years of age.

You will be sent a separate Notice to Alien of Interview for Review of Custody Status approximately 30 days before the interview is scheduled. If you wish to request additional time to prepare for the interview, you must notify your deportation officer within five business days of receipt of the Notice of Interview. If ERO agrees to postpone the interview at your request, you will be deemed to have waived its completion prior to jurisdiction over your case transferring to the ERO Removal Division.

You will be notified of the decision in your case when the custody review has been concluded by the ERO Removal Division.

Digitally signed by JERIMEE R JOYNER
Date: 2026.07.11 12:46:09 -06'00'

07/11/2026
Date

Jermiee Joyner (A)Deputy Field Office Director

## PROOF OF SERVICE

**(Officer to complete both (a) and (b) below.)**

(a) I ZOLOCK, G 9921 (Name of ICE Officer), Deportation Officer (Title), certify that I served OYEWOLE, Oludotun (Name of detainee) with a copy of this document at Denver CDF (Institution) on 04/14/2026 (Date), at 1200 (Time).

(b) I certify that I served the custodian ZOLOCK, G 9921 (Name of Official), Deportation Officer (Title), at Denver CDF (Institution), on 04/14/2026 (Date) with a copy of this document.

Detainee Signature: ____________________ Date: ____________

☐ cc: Attorney of Record or Designated Representative
☒ cc: A-File

# Exhibit 2

An official website of the United States government
Here's how you know

EOIR | Automated Case Information

**Court Closures Today** October 12, 2026

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home > **OYEWOLE, OLUDOTUN EMMANUEL (203-088-214)**

# Automated Case Information

## Name: OYEWOLE, OLUDOTUN EMMANUEL | A-Number: 203-088-214

### Next Hearing Information

*There are no future hearings for this case.*

### Court Decision and Motion Information

The immigration judge ordered **REMOVAL**.

**DECISION DATE**

July 13, 2016

**COURT ADDRESS**

500 JEFFERSON ST., SUITE 300
HOUSTON, TX 77002

---

**MOTION TO REOPEN, IJ JURISDICTION**

A Motion to Reopen IJ Jurisdiction was completed on **May 17, 2018**. It was **DENIED**.

## BIA Case Information

No appeal was received for this case.

## Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

**COURT ADDRESS**

500 JEFFERSON ST., SUITE 300
HOUSTON, TX 77002

**PHONE NUMBER**

(713) 286-4300

Archive

Accessibility

Information Quality

Privacy Policy

Legal Policies & Disclaimers

Social Media

Budget & Performance

Office of the Inspector General

No FEAR Act

For Employees

EOIR Freedom of Information Act (FOIA)

USA.gov

Contact EOIR

EOIR Home

Justice.gov

Immigration Court Online Resource

Contact Technical Support

This site is protected by hCaptcha:

hCaptcha Privacy Policy

hCaptcha Terms of Service

---

Department of Justice | Executive Office for Immigration Review
*5107 Leesburg Pike, Suite 2600, Falls Church, VA 22041*

EOIR | Automated Case Information