**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-05161-NYW

OLUDOTUN EMMANUEL OYEWOLE,

Petitioner,

v.

JUAN BALTAZAR, Warden of Denver Contract Detention Facility Aurora,
TODD BLANCHE, Acting Attorney General, U.S. Department of Justice,
DAVID J. VENTURELLA, Senior Official, U.S. Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, and
GEORGE VALDEZ, Director, Denver Field Office, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, in their official capacities,

Respondents.

---

# FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Order entered by United States District Judge Nina Y. Wang on November 6, 2026 [Doc. 15], it is

ORDERED that final judgment is hereby entered in favor of Petitioner and against Respondents. It is further

ORDERED that Petitioner shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

ORDERED that this case is terminated.

Dated at Denver, Colorado this 6th day of November 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:______________________
H. Guerra, Deputy Clerk